JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Paul V. Giordano Jr.

**(b)** County of Residence of First Listed Plaintiff: Philadelphia, PA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Jonathan M. Levin, Esquire, Society Hill Towers,
220 Locust Street, Suite 3-C, Philadelphia, PA 19106; (215) 668-3922

## DEFENDANTS

Grace Giordano

County of Residence of First Listed Defendant: Camden County, NJ
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Daniel R. Utain, Esquire, Kaplin Stewart, 910 Harvest Dr.,
P.O. Box 3037, Blue Bell, PA 19422; (610) 941-2582

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [x] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §§ 1332, 1441 and 1446

Brief description of cause:
Family dispute regarding inheritance funds alleging theft/conversion.

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ $91,500.00

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE John M. Younge DOCKET NUMBER 2:26-cv-07581

DATE November 9, 2026

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**

Place of Accident, Incident, or Transaction: Philadelphia, Pennsylvania

***RELATED CASE IF ANY:*** Case Number: 2:26-cv-07581 Judge: The Honorable John M. Younge

1. Does this case involve property included in an earlier numbered suit? Yes [X]
2. Does this case involve a transaction or occurrence which was the subject of an earlier numbered suit? Yes [X]
3. Does this case involve the validity or infringement of a patent which was the subject of an earlier numbered suit? Yes [ ]
4. Is this case a second or successive habeas corpus petition, social security appeal, or pro se case filed by the same individual? Yes [ ]
5. Is this case related to an earlier numbered suit even though none of the above categories apply? If yes, attach an explanation. Yes [ ]

I certify that, to the best of my knowledge and belief, the within case [X] **is** / [ ] **is not** related to any pending or previously terminated action in this court.

**Civil Litigation Categories**

*A. Federal Question Cases:*

- [ ] 1. Indemnity Contract, Marine Contract, and All Other Contracts)
- [ ] 2. FELA
- [ ] 3. Jones Act-Personal Injury
- [ ] 4. Antitrust
- [ ] 5. Wage and Hour Class Action/Collective Action
- [ ] 6. Patent
- [ ] 7. Copyright/Trademark
- [ ] 8. Employment
- [ ] 9. Labor-Management Relations
- [ ] 10. Civil Rights
- [ ] 11. Habeas Corpus
- [ ] 12. Securities Cases
- [ ] 13. Social Security Review Cases
- [ ] 14. Qui Tam Cases
- [ ] 15. Cases Seeking Systemic Relief ***see certification below***
- [ ] 16. All Other Federal Question Cases. *(Please specify)*:__________

**B.** ***Diversity Jurisdiction Cases:***

- [ ] 1. Insurance Contract and Other Contracts
- [ ] 2. Airplane Personal Injury
- [ ] 3. Assault, Defamation
- [ ] 4. Marine Personal Injury
- [ ] 5. Motor Vehicle Personal Injury
- [ ] 6. Other Personal Injury (*Please specify*):__________
- [ ] 7. Products Liability
- [X] 8. All Other Diversity Cases: *(Please specify)* Tort - Personal Property Damage

I certify that, to the best of my knowledge and belief, that the remedy sought in this case [ ] **does** / [X] **does not** have implications beyond the parties before the court and [ ] **does** / [X] **does not** seek to bar or mandate statewide or nationwide enforcement of a state or federal law including a rule, regulation, policy, or order of the executive branch or a state or federal agency, whether by declaratory judgment and/or any form of injunctive relief.

**ARBITRATION CERTIFICATION (CHECK ONLY ONE BOX BELOW)**

I certify that, to the best of my knowledge and belief:

[ ] Pursuant to Local Civil Rule 53.2(3), this case is not eligible for arbitration either because (1) it seeks relief other than money damages; (2) the money damages sought are in excess of $150,000 exclusive of interest and costs; (3) it is a social security case, includes a prisoner as a party, or alleges a violation of a right secured by the U.S. Constitution, or (4) jurisdiction is based in whole or in part on 28 U.S.C. § 1343.

[X] None of the restrictions in Local Civil Rule 53.2 apply and this case is eligible for arbitration.

NOTE: A trial de novo will be by jury only if there has been compliance with F.R.C.P. 38.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PAUL V. GIORDANO JR.** Plaintiff, | : | Civil Action No. |
| v. | : | |
| **GRACE GIORDANO** Defendant. | : | Removed from Philadelphia County Court of Common Pleas, No. 261002999 |

**<u>NOTICE OF REMOVAL</u>**

Defendant Grace Giordano (**"Grace"**), by and through her undersigned counsel and pursuant to the provisions of 28 U.S.C. §§ 1332, 1441 and 1446, hereby provides notice of removal to this Court of the action, *Paul V. Giordano Jr. v. Grace Giordano, et al.*, currently pending in the Court of Common Pleas of Philadelphia County, in the Commonwealth of Pennsylvania, at Docket No. 261002999 (the **"State Court Action"**). As grounds for removal, Grace alleges the following:

**<u>BACKGROUND</u>**

1. Plaintiff initiated the State Court Action by filing a "Complaint in Fraud/theft/Breach of Contract" (**"Complaint"**) in the State Court Action on October 21, 2026.

2. Grace received a copy of the Complaint on or about October 27, 2026.

3. Pursuant to 28 U.S.C. § 1446(a), copies of the case docket, the Complaint, and Affidavit of Service are attached hereto collectively as **Exhibit "1"** and incorporated herein by reference.

4. This Notice of Removal is being filed within thirty (30) days after receipt by Grace of a copy of the initial pleadings setting forth the claims for relief against it, by service of process or otherwise, and is therefore timely filed pursuant to 28 U.S.C. § 1446(b).

5. Other than the aforementioned and attached, no other proceedings have occurred in the State Court Action, and no other pleadings or orders have been served[1].

6. This is not an action described in 28 U.S.C. § 1445.

7. Venue for removal is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division corresponding to the place in which the State Court Action was pending.

## DIVERSITY JURISDICTION

### Diversity of Citizenship of The Parties

8. This is a civil action that may be removed to this Court based on diversity of citizenship under 28 U.S.C. §§ 1441 and 1446.

9. In the Complaint, Plaintiff's address is identified as being in the City of Philadelphia in Philadelphia County, Pennsylvania. Therefore, Plaintiff is a citizen of Pennsylvania.

10. Grace is an individual who, both at the time of filing of the State Court Action and as of the date of filing this Notice, resides in Voorhees, New Jersey. Therefore, Grace is a citizen of New Jersey.

11. Because Plaintiff is not a citizen of the same state as the defendant, the parties are completely diverse. *See* 28 U.S.C. § 1332(a); and *Wis. Dep't of Corrections v. Schacht*, 524 U.S. 381, 388 (1998).

### Amount in Controversy

12. The Complaint in the State Court Action alleges various causes of action relating to a bank account.

[1] On June 8, 2026, Plaintiff filed a related action against Grace and Citizens Bank in Philadelphia County Court of Common Pleas at Docket No. 260600928, which was also removed to this Court at Docket No. 2:26-cv-07581.

13. In the Complaint, Plaintiff asserts one claim against Grace entitled "theft/conversion" relating to money allegedly withdrawn from a bank account at Citizens Bank. *See*, Exhibit "1".

14. With respect to damages, Plaintiff seeks compensatory damages against Grace in the amount of $91,500.00, plus punitive damages, attorneys' fees and costs. *See* Exhibit "1", ¶7, *ad damnum* clause.

15. Although Grace denies liability to Plaintiff for any of the damages sought in the Complaint, based on the foregoing, the amount placed in controversy by Plaintiff's Complaint exceeds $75,000.00, exclusive of interest and costs.

16. Consequently, removal of this action to this Court based on diversity jurisdiction is both timely and proper under 28 U.S.C. §§ 1332(a) and 1441(a).

**VENUE AND PROCEDURAL REQUIREMENTS**

17. The United States District Court for the Eastern District of Pennsylvania is the District Court for the district encompassing Philadelphia County, Pennsylvania, where the State Court Action is pending. See 28 U.S.C. § 115(a)(1). It follows then that venue is proper in this district under 28 U.S.C. § 1446(a).

18. In accordance with 28 U.S.C. § 1446(d), Grace will promptly serve a copy of this Notice of Removal on Plaintiff and will file a copy of the Notice of Removal with the Office of Judicial Records in the Court of Common Pleas of Philadelphia County, Pennsylvania.

19. Grace expressly reserves the right to state additional grounds for removal and to provide such additional evidence as may be required to support the grounds asserted in this Notice of Removal.

20. By this Notice of Removal and the associated exhibits, Grace does not waive any

defenses or objections it may have to this action. Grace reserves the right to raise all defenses and objections to Plaintiff's claims after the State Court Action is removed to this Court.

## CONCLUSION

**WHEREFORE**, this action is properly removed from the Court of Common Pleas of Philadelphia County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania, pursuant to applicable sections of the United States Code. Please take notice that no further proceedings may be had in the Court of Common Pleas of Philadelphia County, Pennsylvania.

Respectfully submitted,

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

**By:** *\/s/ Daniel R. Utain, Esquire*

**DANIEL R. UTAIN, ESQUIRE**
Attorney I.D. No. 85619
Union Meeting Corporate Center
910 Harvest Drive
Blue Bell, PA 19422
Telephone: (610) 941-2582
Facsimile: (610) 684-2032
dutain@kaplaw.com
Attorneys for Grace Giordano

**Dated**: November 9, 2026

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PAUL V. GIORDANO JR.**<br>Plaintiff,<br>v.<br><br>**GRACE GIORDANO**<br>Defendant. | : | Civil Action No. |

**<u>CERTIFICATE OF SERVICE</u>**

I, Daniel R. Utain, Esquire, hereby certify that I did send a copy of the foregoing "Notice of Removal" to be sent via the CM/ECF electronic filing system to the addressee stated below, at the address stated below, on the date stated below.

Jonathan M. Levin, Esquire
Society Hill Towers
220 Locust Street
Suite 3-C
Philadelphia, PA 19106
*Attorney for Plaintiff, Paul V. Giordano, Jr.*

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

**By:** */s/ Daniel R. Utain, Esquire*
**DANIEL R. UTAIN, ESQUIRE**
Attorney I.D. No. 85619
Union Meeting Corporate Center
910 Harvest Drive
Blue Bell, PA 19422
Telephone: (610) 941-2582
Facsimile: (610) 684-2032
dutain@kaplaw.com
Attorneys for Grace Giordano

**Dated**: November 9, 2026